UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EAGLE WEST INSURANCE COMPANY, as subrogee of Cypress Place Condominium Owners' Association,<br><br>Plaintiff,<br>v.<br><br>WATTS REGULATOR CO. and AMTROL, INC.,<br><br>Defendants. | CASE NO. C16-0781-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff Eagle West Insurance Company and Defendant Watts Regulator Co. have filed a stipulation and proposed order of dismissal (Dkt. No. 16). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and Plaintiff's claims against Watts Regulator Co. are hereby DISMISSED with prejudice and without an award of costs or attorney fees to either party. This stipulation does not affect Plaintiff's claims against Defendant Amtrol, Inc.

//

//

//

1     DATED this 21st day of June 2017.

                                      William M. McCool
                                      Clerk of Court

                                      s/Paula McNabb
                                      Deputy Clerk