THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EAGLE WEST INSURANCE COMPANY, as subrogee of Cypress Place Condominium Owners' Association,<br><br>Plaintiff,<br>v.<br><br>AMTROL, INC.,<br><br>Defendant. | CASE NO. C16-0781-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court sua sponte. Plaintiff submitted the declaration of Randy K. Kent, M.S., P.E. in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Dkt. No. 39). The document submitted is missing a page. The Plaintiff is ORDERED to refile the complete declaration within two days of the issuance of this order.

DATED this 31st day of August 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
