1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14
15

EAGLE WEST INSURANCE COMPANY, as
subrogee of Cypress Place Condominium
Owners' Association,

                Plaintiff,

    v.

AMTROL, INC.,

                Defendant.

CASE NO. C16-0781-JCC

MINUTE ORDER

16
17
18
19
20
21
22
23
24
25
26

     The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

     This matter comes before the Court on the parties' notice of settlement on all remaining

claims (Dkt. No. 53). The Court DIRECTS the Clerk to STRIKE the jury trial set for February

20, 2018 and all remaining deadlines set forth by the case scheduling order and Local Civil Riles.

The Clerk is DIRECTED to statistically CLOSE the case pending the anticipated filing by the

parties of a stipulated order of dismissal.

     //

     //

     //

     //

DATED this 30th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk