THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EAGLE WEST INSURANCE COMPANY, as subrogee of Cypress Place Condominium Owners' Association,<br><br>Plaintiff,<br><br>v.<br><br>AMTROL, INC.,<br><br>Defendant. | CASE NO. C16-0781-JCC<br><br>ORDER |

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 53) and stipulated dismissal of this matter (Dkt. No. 55). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court DISMISSES this matter with prejudice and with each party bearing its own costs and attorney fees. Any trial date and pretrial dates not already stricken are hereby VACATED.

DATED this 20th day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE